UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JILL NUNES,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

CASE NO. C17-5836 BAT

**ORDER GRANTING PLAINTIFF'S MOTION TO SUBMIT AN OVER-LENGTH BRIEF**

Plaintiff moves to submit an over-length brief comprised of seven pages of argumentation, an affidavit, and seventeen pages of medical records that plaintiff seeks to have certified and included in the record. Dkt. 13. The Court **GRANTS** plaintiff's motion to submit an over-length brief.

DATED this 20th day of February, 2018.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION TO SUBMIT AN OVER-LENGTH BRIEF - 1